In the Matter of JAMES H. GILVARRY, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Matter referred to Honorable LEANDER B. FABER, Official Referee, to hear and to report with his opinion. Present — Carswell, Acting P. J., Johnston, Adel and Aldrich, JJ.; Lewis, J., not voting.

In the Matter of the Probate of the Will of JULIA N. JOHNSON, Deceased. EDWARD P. VON GOGH et al., as Executors, Respondents; MARY NEWPORT et al., Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 827.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

In the Matter of the Will of THOMAS STEPHENS, Deceased. WALTER C. STEPHENS, Respondent; GOLDSMITH C. STEPHENS, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

In the Matter of the Estate of FERDINAND WEINMANN, Deceased. FREDERICK WALZ, Appellant; PUBLIC ADMINISTRATOR OF KINGS COUNTY et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 829.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

IRVING KAHN, Appellant, v. CRYSTAL LUMBER & TRIM CORPORATION et al., Respondents.— Motion for reargument denied, without costs. [See *ante*, p. 782.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

SOLOMON A. KLEIN, Respondent, v. FRANKLIN TAYLOR, Defendant, and BROOKLYN EAGLE, INC., Defendant-Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 788.] Present — Close, P. J., Carswell, Johnston and Aldrich, JJ.; Lewis, J., not voting.

DAVID MANDEL, Appellant, v. BERTHA SILVERSTEIN, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, without costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

KATHERINE MCGUIRE, as Administratrix of the Estate of JOHN E. LEAVESLEY, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 790.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

FAY MOLLOW, Respondent, v. ABRAHAM MOLLOW, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

SAMUEL POLINSKY, Appellant, v. LOUIS SAFFER CO., INC., et al., Respondents. — Motions to dismiss appeals granted, without costs, and appeals dismissed, without costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN BRECKER, Appellant.— The communication will be considered as an application made to a Justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Carswell.